■ PEOPLE v EARL LEE KIEFFER, Defendant. [595 NYS2d 708] —Motion to extend time to take appeal granted. Memorandum: Pursuant to 22 NYCRR 1022.11 (a), counsel is required to notify defendant in writing of his or her right to appeal in all cases *(see also, People v Callahan,* 80 NY2d 273). No exception is made for defendants who waive their right to appeal. Present—Callahan, J. P., Pine, Balio, Lawton and Boomer, JJ.

■ PEOPLE v MELEDYS DIAZ, Defendant. [595 NYS2d 708] — Motion to extend time to take appeal granted. Same Memorandum as in *People v Kieffer* (191 AD2d 1050 [decided herewith]). Present—Callahan, J. P., Pine, Balio, Lawton and Boomer, JJ.

■ PEOPLE v LUCAS BOUGES, Defendant. [595 NYS2d 708] — Motion to extend time to take appeal granted. Same Memorandum as in *People v Kieffer* (191 AD2d 1050 [decided herewith]). Present—Callahan, J. P., Pine, Balio, Lawton and Boomer, JJ.

■ PEOPLE v CHRISTINA BINGHAM, Defendant. [595 NYS2d 708] —Motion to extend time to appeal dismissed as untimely. Memorandum: The motion is untimely *(see,* CPL 460.30). Present—Callahan, J. P., Pine, Balio, Lawton and Boomer, JJ.

■ PEOPLE, Respondent, v DAVID LeFRAY, Appellant. [595 NYS2d 708] —Motion to be relieved from assignment denied; cross motion to dismiss denied. Memorandum: To be relieved of his assignment, counsel should comply with *People v Crawford* (71 AD2d 38). Present—Callahan, J. P., Pine, Balio, Lawton and Boomer, JJ.